# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALFREDO ZARATE and JENNIFER ZARATE, as husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; AGEIS; AURORA LOAN SERVICES; CITIMORTGAGE, INC.; DOES I through XX, inclusive; and ROE CORPORATIONS, I THROUGH XX, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-01973-RLH-LRL<br><br>**O R D E R** |

On June 2, 2010, the Court entered a Notice of Intent to Dismiss Pursuant to FRCP 4(m) (#24) due to Plaintiffs Alfredo and Jennifer Zarate's failure to provide the Court with proof of service for Defendants AGEIS. Plaintiffs did not respond.

## BACKGROUND

Plaintiffs purchased the real property located at 579 Battle Mountain Drive, in Las Vegas, Nevada, in January 2006. Plaintiffs' claims stem from their allegations that Defendants conspired to place Plaintiffs in a sub-prime loan in order to extract higher fees. (Dkt. #1, Pet. for Removal Ex. A, Complaint ¶ 13.)

On July 17, 2009, Plaintiffs commenced this action in the Eighth Judicial District Court of the State of Nevada. On October 12, Defendants Citimortgage and Mortgage Electronic Registration Systems, Inc. ("MERS") removed the case to this Court on the basis of diversity jurisdiction. However, Plaintiffs later stipulated to the dismissal of Citimortgage and MERS. (Dkt. #15, Order, Nov. 18, 2009.) On March 18, 2010, Defendant Aurora Loan Services filed a Motion to Dismiss (#17), which the Court granted. (Dkt. #23, Order, May 21, 2010.) As a result, AEGIS is the only remaining Defendant is this case.

## DISCUSSION

Rule 4(m) of the Federal Rules of Civil Procedure states, "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiffs have failed to provide the Court with proof of service for Defendant AEGIS despite the Court's notice of intent dismiss. The Court therefore dismisses this action.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant AEGIS is dismissed. The Clerk of the Court is directed to close this case.

Dated: July 12, 2010.

_____
**ROGER L. HUNT**
**Chief United States District Judge**